## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, | |
| Plaintiffs, | C.A. No. |
| v. | |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | JURY TRIAL DEMANDED |
| Defendants. | |

## MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM*

**WHEREAS**, Julie Pettingill is the mother of C. P. and T. P.;

**WHEREAS,** C. P. and T. P. are minors under the age of eighteen;

**WHEREAS,** C. P. and T. P. have a cause of action against John Caldwell, in his official and individual capacities, John Saville, in his official and individual capacities, Delaware Society for the Prevention of Cruelty to Animals, a Delaware corporation

**WHEREAS,** under the law and Rules of this Court, it is necessary that a *Guardian Ad Litem* be appointed to represent said minors in this action.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court issue an Order appointing Julie Pettingill as Guardian *Ad Litem* for C. P. and T. P.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: April 15, 2005

Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Attorneys for Plaintiffs