IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors,<br><br>                    Plaintiffs,<br><br>  v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>                    Defendants. | C.A. No.<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF JULIE PETTINGILL

STATE OF DELAWARE   :
                             : SS.
NEW CASTLE COUNTY  :

      **BE IT REMEMBERED** that on this 15th day of April, 2005, personally came before me, the Subscriber, a Notary Public for the State and County aforesaid, Julie Pettingill, mother of C. P. and T. P., minors, and hereby consents to the appointment of herself as the guardian *ad litem* of C. P. and T. P..

                                                                   _____
                                                                   JULIE PETTINGILL

    **SWORN TO AND SUBSCRIBED** before me the day and year aforesaid.

                                                                     _____
                                                                   NOTARY PUBLIC