## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, | |
| Plaintiffs, | C.A. No. |
| v. | |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | JURY TRIAL DEMANDED |
| Defendants. | |

## **ORDER**

**IT IS ORDERED** this \_\_\_\_\_ day of _____, 2005 that Julie Pettingill is appointed Guardian *Ad Litem* for C. P. and T. P..

_____
**J.**