IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>Defendants. | C.A. No. 05-224<br><br><br>JURY TRIAL DEMANDED |

## ALIAS PRAECIPE

TO:   Clerk of Court
U.S. District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

PLEASE ISSUE SUMMONS and First Amended Complaint upon Brandywine

Process Servers for Service upon Defendants who can be served at the following addresses:

John Caldwell
c/o Delaware Society for the Prevention
   of Cruelty to Animals
Route 7, Stanton-Christiana Road
Stanton, Delaware

John Saville
c/o Delaware Society for the Prevention
   of Cruelty to Animals
Route 7, Stanton-Christiana Road
Stanton, Delaware

Delaware Society for the Prevention
   of Cruelty to Animals
Route 7, Stanton-Christiana Road
Stanton, Delaware

                    OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: April 25, 2005        /s/ Karen V. Sullivan
                                  Charles M. Oberly, III (No. 743)
                                  Karen V. Sullivan (No. 3872)
                                  800 Delaware Avenue, Suite 901
                                  P.O. Box 2054
                                  Wilmington, DE 19899
                                  (302) 576-2000 – Telephone
                                  (302) 576-2004 – Facsimile

                                  Attorneys for Plaintiffs