IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for T. P. and T. P., minors,<br><br>                      Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>                      Defendants. | C.A. No. 05-224<br><br><br>JURY TRIAL DEMANDED |

TO:    John Caldwell  
         c/o Delaware Society for the Prevention  
           of Cruelty to Animals  
         Route 7, Stanton-Christiana Road  
         Stanton, Delaware

         John Saville  
         c/o Delaware Society for the Prevention  
           of Cruelty to Animals  
         Route 7, Stanton-Christiana Road  
         Stanton, Delaware

         Delaware Society for the Prevention  
           of Cruelty to Animals  
         Route 7, Stanton-Christiana Road  
         Stanton, Delaware

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

         Charles M. Oberly, III  
         Karen V. Sullivan  
         Oberly, Jennings & Rhodunda, P.A.  
         800 Delaware Avenue, Suite 901  
         P.O. Box 2054  
         Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          4/18/05
---                                       ---
CLERK                                     DATE

*Brian T. [signature]*
---
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/20/05 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED; DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS AT RT. 7 STANTON-CHRISTIANA RD. NEWARK, DE COPIES THEREOF WERE ACCEPTED BY VONDA KAY

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/20/05
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.