IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>      Plaintiffs,<br><br>    v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>      Defendants. | C.A. No. 05-224<br><br><br><br>JURY TRIAL DEMANDED |

## ALIAS SUMMONS

TO:  John Caldwell         John Saville
    c/o Delaware Society for the Prevention  c/o Delaware Society for the Prevention
     of Cruelty to Animals        of Cruelty to Animals
    Route 7, Stanton-Christiana Road    Route 7, Stanton-Christiana Road
    Stanton, Delaware         Stanton, Delaware

    Delaware Society for the Prevention
     of Cruelty to Animals
    Route 7, Stanton-Christiana Road
    Stanton, Delaware

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Charles M. Oberly, III
    Karen V. Sullivan
    Oberly, Jennings & Rhodunda, P.A.
    800 Delaware Avenue, Suite 901
    P.O. Box 2054
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you

serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____                    4-25-05
CLERK                                              DATE

_____
(By) DEPUTY CLERK

2

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/26/05 | |
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED; DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS AT DELAWARE SPCA RT. 7 STANTON-CHRISTIANA RD. NEWARK, DE COPIES THEREOF WERE ACCEPTED BY JOHN SAVILLE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/26/05
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

SERVED: SUMMONS & FIRST AMENDED COMPLAINT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.