File No. P105-16092
Doc. No. 240510

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors,<br><br>  Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-224 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Daniel P. Bennett, Esquire of Heckler & Frabizzio, The Corporate Center, 800 Delaware Avenue, Suite 200, P.O. Box 128, Wilmington, DE 19899-0128, on behalf of all Defendants.

HECKLER & FRABIZZIO

*/s/ Daniel P. Bennett*
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date: April 28, 2005

## CERTIFICATE OF SERVICE

I, Daniel P. Bennett, Esquire, of Heckler & Frabizzio, do hereby certify that on the 28th day of April, 2005, two true and correct copies of the attached Entry of Appearance were forwarded to the below individual via hand delivery:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801

DANIEL P. BENNETT