File No. P105-16092
Doc. No. 240737

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-224 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through undersigned counsel, that defendants shall have an extension of time until May 31, 2005 in which to answer or otherwise respond to the Complaint in the above-referenced matter.

| OBERLY, JENNINGS & RHODUNDA, P.A. | HECKLER & FRABIZZIO |
|---|---|
| *Charles M. Oberly* | *[signature]* |
| CHARLES M. OBERLY, III, I.D. #743 | DANIEL P. BENNETT, I.D. #2842 |
| The Corporate Plaza | The Corporate Plaza |
| 800 Delaware Avenue, Suite 901 | 800 Delaware Avenue, Suite 200 |
| P.O. Box 2054 | P.O. Box 128 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0128 |
| Attorney for Plaintiffs | Attorney for Defendants |
| Date: 5/4/05 , 2005 | Date: May 2, 2005 |

SO ORDERED this ____ day of May, 2005.

_____
J.