# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

| | |
|---|---|
| **Charles M. Oberly, III** | (302) 576-2000 |
| **Kathleen M. Jennings** | Fax (302) 576-2004 |
| **William J. Rhodunda, Jr.** | E.I.No. 51-0364261 |
| ------------ | Writer's e-mail ksullivan@ojlaw.com |
| **Karen V. Sullivan** | |

June 28, 2005

<u>VIA E-FILING</u>
The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

      RE:    <u>**Pettingill, et al. v. Caldwell, et al.**</u>
                **C.A. No. 05-224 SLR**

Dear Chief Judge Robinson:

      I represent the Plaintiffs in the above-captioned matter, which is scheduled for a telephonic scheduling conference on Thursday, June 30, 2005 at 8:30 a.m. I am enclosing for Your Honor's consideration a proposed scheduling order that outlines the parties' agreed discovery plan, as well as proposed dates for joinder or amendment and summary judgment motions. Following the scheduling teleconference, I will submit a revised proposed scheduling order with the motion in *limine*, pretrial conference and trial dates included.

      I am available at the convenience of the Court to answer any questions.

                                  **Respectfully submitted,**

                                  **/s/ Karen V. Sullivan**

                                  **KAREN V. SULLIVAN (No. 3872)**

KVS/bld
Enclosure
cc:    Daniel P. Bennett, Esquire