# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

| | |
|---|---|
| **Charles M. Oberly, III** | (302) 576-2000 |
| **Kathleen M. Jennings** | Fax (302) 576-2004 |
| **William J. Rhodunda, Jr.** | E.I.No. 51-0364261 |
| ------------ | Writer's e-mail ksullivan@ojlaw.com |
| **Karen V. Sullivan** | |

June 30, 2005

<u>VIA E-FILING</u>
The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

      RE: <u>**Pettingill, et al. v. Caldwell, et al.**</u>
            **C.A. No. 05-224 SLR**

Dear Chief Judge Robinson:

    I am enclosing for Your Honor's consideration a proposed scheduling order that contains the dates set during this morning's scheduling teleconference. The parties respectfully request that Your Honor enter the order.

    I am available at the convenience of the Court to answer any questions.

                           **Respectfully submitted,**

                           **/s/ Karen V. Sullivan**

                           **KAREN V. SULLIVAN (No. 3872)**

KVS/bld
Enclosure
cc:    Daniel P. Bennett, Esquire