IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>            Defendants. | C.A. No. 05-224 SLR<br><br><br>JURY TRIAL DEMANDED |

## ORDER

At Wilmington this _1st_ day of _July_, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26 (f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2 (a) and (b).

**IT IS ORDERED** that:

1. **Pre-Discovery Disclosures.** The parties will exchange by July 15, 2005 the information required by Fed. R. Civ. P. 26 (a)(1) and D. Del. LR 16.2.

2. **Discovery**.

    (a) Discovery will be needed on the following subjects: Facts alleged in Plaintiff's Complaint; Damages alleged by Plaintiff; and/or factual basis for Defendant's denials and affirmative defenses.

(b) All discovery shall be commenced in time to be completed by <u>March 31, 2006.</u>

(c) Maximum of <u>50</u> interrogatories by each party to any other party.

(d) Maximum of <u>100</u> requests for admission by each party to any other party. Only 20 of the 100 requests for admission may be other than a request to admit the authenticity of a document.

(e) Maximum of <u>20</u> depositions by plaintiff and <u>10</u> by defendant.

(f) Each deposition other than of <u>the Plaintiffs, John Caldwell, John Saville, Vonda Kay, Danica Wizniewski and Bonnie Madonna</u> limited to a maximum of <u>2</u> hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26 (a)(2) on issues for which any party has the burden of proof due by <u>December 31, 2005</u>. Rebuttal expert reports due by <u>February 15, 2006</u>.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before <u>August 30, 2005</u>.

4. **Settlement Conference**. Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.  **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before April 15, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6.  **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.

7.  **Motions in Limine.** All motions in limine shall be filed on or before July 26, 2006. All responses to said motions shall be filed on or before August 2, 2006.

8.  **Pretrial Conference.** A pretrial conference will be held on August 9, 2006 at 4:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.  **Trial.** This matter is scheduled for a 5-7 day jury trial commencing on August 21, 2006 in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
**United States District Judge**