File No.: PI05-16092
Document No.: 270992

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation, <br><br>  Plaintiffs, <br><br> v. <br><br> JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br> C.A. No. 05-224 <br><br> JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 5th day of December, 2005, two true and correct copies of Defendants' First Set of Requests for Production Directed to Plaintiffs and Defendants' First Set of Interrogatories Directed to Plaintiffs were forwarded to counsel as follows via hand delivery:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett

DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

Date: December 5, 2005            Attorney for Defendants