# OBERLY, JENNINGS & RHODUNDA, P.A.
### 800 Delaware Avenue - Suite 901
### P. O. Box 2054
### Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

December 7, 2005

VIA E-FILING
The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

    RE:    **Pettingill, et al. v. Caldwell, et al.**
              C.A. No. 05-224 SLR

Dear Chief Judge Robinson:

    I am enclosing for Your Honor's consideration a Stipulation Modifying Scheduling Order ("Stipulation"). The parties respectfully request that Your Honor enter the order approving the Stipulation.

    I am available at the convenience of the Court to answer any questions.

                                Respectfully submitted,

                                **KAREN V. SULLIVAN (No. 3872)**

KVS/bld
Enclosure
cc:    Daniel P. Bennett, Esquire