IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | C.A. No. 05-224 SLR |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

## STIPULATION MODIFYING SCHEDULING ORDER

**WHEREAS**, by Order dated July 1, 2005, the Court set December 31, 2005 as the deadline for reports from retained experts under Rule 26 (a)(2) on issues for which any party has the burden of proof and February 15, 2006 as the deadline for rebuttal expert reports;

**WHEREAS**, the parties have agreed to extend those deadlines by one month so that depositions needed in advance of preparation of the expert reports may be taken;

**WHEREAS**, the remainder of the Scheduling Order is unaffected by the extension of the expert report deadlines;

**IT IS HEREBY STIPULATED** by and between the undersigned counsel on behalf of the respective parties, subject to approval of the Court, that reports from retained experts under Rule 26 (a)(2) on issues for which any party has the burden of proof are due by January 31, 2006 and rebuttal expert reports are due by March 15, 2006.

| OBERLY, JENNINGS & RHODUNDA, P.A. | HECKLER & FRABIZZIO, P.A. |
|---|---|
| /s/ Karen V. Sullivan | /s/ Daniel P. Bennett |
| Charles M. Oberly, III (No.743)<br>Karen V. Sullivan (No. 3872)<br>800 Delaware Avenue, Suite 901<br>P.O. Box 2054<br>Wilmington, DE 19899<br>(302) 576-2000 – Telephone<br>(302) 576-2004 – Facsimile<br><br>Attorneys for Plaintiffs | Daniel P. Bennett (No. 2842)<br>800 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 573-4800 – Telephone<br>(302) 573-4806 – Facsimile<br><br>Attorneys for Defendants |

It is **SO ORDERED** this _____ day of December, 2005.

_____
**United States District Judge**