# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>                Defendants. | C.A. No. 05-224-SLR<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION OF BONNIE MADONNA

TO:    Daniel P. Bennett, Esquire
          Heckler & Frabizzio, P.A.
          800 Delaware Avenue, Suite 200
          Wilmington, DE 19801

      **PLEASE TAKE NOTICE** that undersigned counsel will take the telephonic deposition of Bonnie Madonna on January 13, 2006 at 9:00 a.m. at the offices of Oberly, Jennings, & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE 19801. The deposition shall be recorded by stenographic means.

                                              **OBERLY, JENNINGS & RHODUNDA, P.A.**

                                              /s/ Karen V. Sullivan
                                        Charles M. Oberly, III (No.743)
                                        Karen V. Sullivan (No. 3872)
                                        800 Delaware Avenue, Suite 901
                                        P.O. Box 2054
                                        (302) 576-2000 – Telephone
                                        Wilmington, DE 19899

Dated: December 30, 2005

cc:  Corbett & Associates

Case 1:05-cv-00224-GMS    Document 28    Filed 12/30/2005    Page 2 of 2