**CERTIFICATE OF SERVICE**

I, Karen V. Sullivan, hereby certify that on this 30th day of December 2005, two copies of the foregoing Notice of Deposition were served by hand delivery on the following:

Daniel P. Bennett, Esquire
Heckler & Frabizzio, P.A.
800 Delaware Avenue, Suite 200
Wilmington, DE  19801

/s/ Karen V. Sullivan
Charles M. Oberly, III (No.743)
Karen V. Sullivan (No. 3872)
800 Delaware Avenue, Suite 901
P.O. Box 2054
(302) 576-2000 – Telephone
Wilmington, DE 19899