## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | |
| | C.A. No. 05-224-SLR |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

### NOTICE OF DEPOSITION OF VONDA KAY

TO:  Daniel P. Bennett, Esquire
     Heckler & Frabizzio, P.A.
     800 Delaware Avenue, Suite 200
     Wilmington, DE  19801

**PLEASE TAKE NOTICE** that undersigned counsel will take the oral deposition of Vonda Kay on January 13, 2006 at 11:00 a.m. at the offices of Oberly, Jennings, & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE  19801.  The deposition shall be recorded by stenographic means.

                                        **OBERLY, JENNINGS & RHODUNDA, P.A.**

                                        /s/ Karen V. Sullivan
                                    Charles M. Oberly, III (No.743)
                                    Karen V. Sullivan (No. 3872)
                                    800 Delaware Avenue, Suite 901
                                    P.O. Box 2054
                                    (302) 576-2000 – Telephone
                                    Wilmington, DE 19899

Dated: December 30, 2005

cc:  Corbett & Associates