IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-224 ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that the undersigned attorney will take the depositions of the following individuals on the below specified dates and times in the offices of Daniel P. Bennett, Esquire, Heckler & Frabizzio, 800 Delaware Avenue, Suite 200, Wilmington, DE 19801.

| | | |
|---|---|---|
| **Stacy Hindt** | January 20, 2006 | 10:00 A.M. |
| **Gene Pettingill** | February 6, 2006 | 10:00 A.M. |
| **Julie Pettingill** | February 6, 2006 | 1:00 P.M. |
| **Samantha Pettingill** | February 7, 2006 | 10:00 A.M. |

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date: January 3, 2006
CC: Wilcox & Fetzer
    Donald L. Gouge, Jr., Esquire
    John S. Malik, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-224<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of January, 2006, two true and correct copies of Notices of Deposition were forwarded to counsel as follows via hand delivery:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801

                            HECKLER & FRABIZZIO

                            /s/ Daniel P. Bennett
                            DANIEL P. BENNETT, I.D. #2842
                            The Corporate Plaza
                            800 Delaware Avenue, Suite 200
                            P.O. Box 128
                            Wilmington, DE 19899-0128
                            Attorney for Defendants

Date: January 3, 2006