IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | |
| Plaintiffs, | C.A. No. 05-224-SLR |
| | DEMAND FOR TRIAL BY JURY |
| v. | |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 9th day of January, 2006, a true and correct copy of the attached Subpoena and Proof of Service on Bruce A. Damme, VMD was served via electronic filing, as follows:

Daniel P. Bennett, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE  19899-0128

    /s/ Karen V. Sullivan
**KAREN V. SULLIVAN (No. 3872)**
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000
Attorney for Plaintiffs