IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>Defendants. | C.A. No. 05-224-SLR<br><br><br>JURY TRIAL DEMANDED |

## RE-NOTICE OF DEPOSITION OF JOHN CALDWELL

TO:   Daniel P. Bennett, Esquire
      Heckler & Frabizzio, P.A.
      800 Delaware Avenue, Suite 200
      Wilmington, DE  19801

**PLEASE TAKE NOTICE** that undersigned counsel will take the oral deposition of John Caldwell on February 7, 2006 at 10:00 a.m. at the offices of Oberly, Jennings, & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE  19801.  The deposition shall be recorded by stenographic means.

**OBERLY, JENNINGS & RHODUNDA, P.A.**

  /s/ Karen V. Sullivan
Charles M. Oberly, III (No.743)
Karen V. Sullivan (No. 3872)
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000
Counsel for Plaintiffs

Dated: January 16, 2006

cc: Corbett & Associates