## CERTIFICATE OF SERVICE

I, Karen V. Sullivan, hereby certify that on this 20th day of January, 2006, a true and correct copy of the foregoing Re-Notice of Deposition were served via electronic filing on the following:

Daniel P. Bennett, Esquire
Heckler & Frabizzio, P.A.
800 Delaware Avenue, Suite 200
Wilmington, DE  19801

/s/ Karen V. Sullivan
**KAREN V. SULLIVAN (No. 3872)**