IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-224 ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |

## RE-NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that the undersigned attorney will take the depositions of the following individuals on the below specified dates and times in the offices of Daniel P. Bennett, Esquire, Heckler & Frabizzio, 800 Delaware Avenue, Suite 200, Wilmington, DE 19801.

| | | |
|---|---|---|
| **Gene Pettingill** | February 15, 2006 | 10:00 A.M. |
| **Julie Pettingill** | February 15, 2006 | 1:00 P.M. |
| **Samantha Pettingill** | February 16, 2006 | 10:00 A.M. |

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date:  January 24, 2006
CC:    Wilcox & Corbett

## CERTIFICATE OF SERVICE

Oberly, Jennings & Rhoduanda, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801

        HECKLER & FRABIZZIO

        _____/s/ Daniel P. Bennett_____
        DANIEL P. BENNETT, I.D. #2842
        The Corporate Plaza
        800 Delaware Avenue, Suite 200
        P.O. Box 128
        Wilmington, DE 19899-0128
        Attorney for Defendants

Date:  January 24, 2006