IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | C.A. No. 05-224 SLR |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

### ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2006 that for the reasons stated in the Joint Motion to Modify Case Scheduling Order, that the joint motion is GRANTED.

IT IS FURTHER ORDERED that the dates established by Order dated July 1, 2005, as modified by Order dated December 12, 2005, are set aside;

IT IS FURTHER ORDERED that the referral of the case to The Honorable Mary Pat Thynge for mediation is withdrawn. The parties shall mediate the case privately;

IT IS FURTHER ORDERED that counsel for the parties shall appear for a status conference on _____, 2006 at _____ a.m./p.m. for the purpose of establishing a revised case scheduling order.

_____
Chief Judge Sue L. Robinson