**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | C.A. No. 05-224-SLR |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

**NOTICE OF CONTINUED DEPOSITION OF DANICA PEDICONE**

TO:   Daniel P. Bennett, Esquire
      Heckler & Frabizzio, P.A.
      800 Delaware Avenue, Suite 200
      Wilmington, DE  19801

**PLEASE TAKE NOTICE** that undersigned counsel will take the continued oral deposition of Danica Pedicone on February 6, 2006 at 10:00 a.m. at the offices of Oberly, Jennings, & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE  19801.  The deposition shall be recorded by stenographic means.

                                        **OBERLY, JENNINGS & RHODUNDA, P.A.**

                                        /s/ Karen V. Sullivan
                                      Charles M. Oberly, III (No.743)
                                      Karen V. Sullivan (No. 3872)
                                      800 Delaware Avenue, Suite 901
                                      P.O. Box 2054
                                      Wilmington, DE 19899
                                      (302) 576-2000
                                      Counsel for Plaintiffs

Dated: February 1, 2006

cc:  Corbett & Associates