**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>                Plaintiffs,<br><br>    v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>                Defendants. | C.A. No. 05-224-SLR<br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF CANCELLATION OF DEPOSITION OF JOHN SAVILLE**

TO:    Daniel P. Bennett, Esquire
          Heckler & Frabizzio, P.A.
          800 Delaware Avenue, Suite 200
          Wilmington, DE  19801

       **PLEASE TAKE NOTICE** that the oral deposition of John Saville scheduled for February 6, 2006 at 10:00 a.m. has been cancelled.

                          **OBERLY, JENNINGS & RHODUNDA, P.A.**

                          /s/ Karen V. Sullivan
                          Charles M. Oberly, III (No.743)
                          Karen V. Sullivan (No. 3872)
                          800 Delaware Avenue, Suite 901
                          P.O. Box 2054
                          Wilmington, DE 19899
                          (302) 576-2000
                          Counsel for Plaintiffs

Dated: February 1, 2006

cc: Corbett & Associates