**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>      Plaintiffs,<br><br>   v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>      Defendants. | C.A. No. 05-224-SLR<br><br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF CANCELLATION OF DEPOSITION OF JOHN CALDWELL**

TO:   Daniel P. Bennett, Esquire
      Heckler & Frabizzio, P.A.
      800 Delaware Avenue, Suite 200
      Wilmington, DE  19801

   **PLEASE TAKE NOTICE** that the oral deposition of John Caldwell scheduled for February 7, 2006 at 10:00 a.m. has been cancelled.

                                                  **OBERLY, JENNINGS & RHODUNDA, P.A.**

                                                  /s/ Karen V. Sullivan
                                             Charles M. Oberly, III (No.743)
                                             Karen V. Sullivan (No. 3872)
                                             800 Delaware Avenue, Suite 901
                                             P.O. Box 2054
                                             Wilmington, DE 19899
                                             (302) 576-2000
                                             Counsel for Plaintiffs

Dated: February 1, 2006

cc: Corbett & Associates