## <u>CERTIFICATE OF SERVICE</u>

I, Karen V. Sullivan, hereby certify that on this 1st day of February, 2006, a true and

correct copy of the foregoing Notice of Cancellation of Deposition was served via electronic

filing on the following:

> Daniel P. Bennett, Esquire
> Heckler & Frabizzio, P.A.
> 800 Delaware Avenue, Suite 200
> Wilmington, DE  19801

                                         /s/ Karen V. Sullivan
                                        **KAREN V. SULLIVAN (No. 3872)**