IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-224<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF RECORDS ONLY DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the records only deposition of Tower Hill School and University of Delaware on February 28, 2006 beginning at 10:00 a.m. in the offices of Heckler & Frabizzio, located at The Corporate Plaza, 800 Delaware Avenue, Suite 200, Wilmington, DE 19801.

*Personal appearance waived if records are produced on or before the above date*

HECKLER & FRABIZZIO

*/s/ Daniel P. Bennett*

DANIEL P. BENNETT (I.D. 2842)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
Attorney for Defendants

Date: February 14, 2006

File No.: PI05-16092
Document No.: 278729

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-224<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 14th day of February, 2006, two true and correct copies of Defendants' Notices of Records Only Deposition were forwarded to counsel as follows via hand delivery:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801

HECKLER & FRABIZZIO

/s/ D. Bennett

DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date: February 14, 2006