IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-224 (SLR) |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation, | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE TO VACATE DEPOSITIONS

PLEASE TAKE NOTICE that the following depositions are hereby vacated:

| | | |
|---|---|---|
| **Gene Pettingill** | February 15, 2006 | 10:00 A.M. |
| **Julie Pettingill** | February 15, 2006 | 1:00 P.M. |
| **Samantha Pettingill** | February 16, 2006 | 10:00 A.M. |

HECKLER & FRABIZZIO

DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date: February 14, 2006
JEB/280589

was forwarded to the below counsel via hand delivery:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801

                                        /s/ Daniel P. Bennett
                                        DANIEL P. BENNETT

Wilmington, DE 19899-0128
Date: February 14, 2006        Attorney for Defendants