# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | |
| Plaintiffs, | C.A. No. 05-224-SLR |
| | DEMAND FOR TRIAL BY JURY |
| v. | |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 23rd day of February, 2006, a true and correct copy of the PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO ALL DEFENDANTS and PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION DIRECTED TO ALL DEFENDANTS were served via hand delivery, addressed as follows:

Daniel P. Bennett, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

      /s/ Karen V. Sullivan
**KAREN V. SULLIVAN (No. 3872)**
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000
Attorney for Plaintiffs