# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

| | |
|---|---|
| **Charles M. Oberly, III** | (302) 576-2000 |
| **Kathleen M. Jennings** | Fax (302) 576-2004 |
| **William J. Rhodunda, Jr.** | E.I.No. 51-0364261 |
| ------------ | Writer's e-mail ksullivan@ojlaw.com |
| **Karen V. Sullivan** | |

April 4, 2006

<u>VIA E-FILING</u>
The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

      RE:   <u>**Pettingill, et al. v. Caldwell, et al.**</u>
               C.A. No. 05-224 SLR

Dear Chief Judge Robinson:

     Enclosed for Your Honor's consideration is a proposed scheduling order that contains the deadlines discussed in this morning's teleconference. The enclosed form of order has been approved by Mr. Bennett.

     I am available at the convenience of the Court to answer any questions.

                                    **Respectfully submitted,**

                                    /s/ Karen V. Sullivan

                                  **KAREN V. SULLIVAN (No. 3872)**

/KVS
Enclosure
cc:   Daniel P. Bennett, Esquire