IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | C.A. No. 05-224 SLR |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

## ORDER

At Wilmington this _____ day of April, 2006, the Court having conducted a scheduling conference to set revised deadlines,

**IT IS ORDERED** that the Order dated July 1, 2005, as amended by Order dated December 12, 2005, is amended as follows:

1. All fact discovery shall be commenced in time to be completed by October 31, 2006.

2. Reports from retained experts under Rule 26 (a)(2) on issues for which any party has the burden of proof due by July 10, 2006. Rebuttal expert reports due by August 31, 2006.

3. The parties shall appear for a discovery conference on May 4, 2006 at 1:00 p.m.

4. All summary judgment motions shall be served and filed with an opening brief on or before November 17, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary

judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

5. The parties shall mediate the case privately.

6. The trial date, pretrial conference date and deadline for filing motions in limine shall be set after the earlier of the Court's decision on any motion for summary judgment or counsels' notification to the Court that no summary judgment motion will be filed.

7. Except as modified herein, the Order dated July 1, 2005, as amended by Order dated December 12, 2005, remains in effect.

_____
**United States District Judge**