IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SAMANTHA PETTINGILL, et al.,   )
                               )
         Plaintiffs,           )
                               )
    v.                         )   Civ. No. 05-224-SLR
                               )
JOHN CALDWELL, DELAWARE        )
SOCIETY FOR THE PREVENTION OF  )
CRUELTY TO ANIMALS, and JOHN   )
SAVILLE,                       )
                               )
         Defendants.           )

**O R D E R**

At Wilmington this 16th day of May, 2006, having conferred with counsel (D.I. 59);

IT IS ORDERED that:

1. **Plaintiffs' First Request for Production of Documents.**

    a. **Request No. 1:** Not relevant or reasonably calculated to lead to the discovery of admissible evidence.

    b. **Request Nos. 5, 14:** Resolved, per the representations of parties.

    c. **Request Nos. 20, 26, 27:** To the extent defendants are not producing relevant documents on the grounds that they are protected, e.g., by the attorney client privilege or as attorney work product, defendants shall submit a log of all such documents

**on or before June 6, 2006.** The log shall identify the individuals who wrote and received each such document and the basis of the document's protection. To the extent defendants are relying on a ground for protection other than the attorney client privilege or attorney work product, they shall concomitantly submit a letter memorandum which identifies the caselaw upon which they rely.

    2. **Plaintiffs' Interrogatories.**

        a. **Interrogatory Nos. 1, 2, 3:** Defendants shall respond to the above **on or before June 6, 2006.**

        b. **Interrogatory No. 4:** To the extent defendants anticipate relying on conversations with plaintiffs, defendants shall identify, **on or before June 6, 2006,** the conversants and the gist of the conversation(s).

        c. **Interrogatory No. 5:** Resolved, per the representations of the parties.

        d. **Interrogatory No. 6:** Not relevant or reasonably calculated to lead to the discovery of admissible evidence.

        e. **Interrogatory No. 7:** Defendants shall supplement their response, **on or before June 6, 2006,** identifying not only those individuals with knowledge of the facts but the facts known as well.

        f. **Interrogatory No. 8:** Defendants shall respond to this interrogatory, **on or before June 6, 2006.**

3.  **Defendants' Second Request for Production of Documents.** Defendants shall produce responding documents **on or before June 6, 2006.**

4.  Medical records shall be filed with the court under seal.

>                                  _____
>                                      United States District Judge