# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+
ROBERT J. DEARY*

AREA CODE 302
573-4800

TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

June 6, 2006
Refer to: PI05-16092

**VIA ELECTRONIC FILING and HAND DELIVERY**
The Honorable Susan L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: Pettingill, et al. v. Delaware SPCA, et al.
C.A. No. 05-224

Your Honor:

Pursuant to the Court's Order in the above-referenced matter dated May 16, 2006, the Court ordered the Defendants to provide the Court with a supplemental memorandum on or before June 6, 2006 relating the privileges asserted for the non-disclosure of comments in the SPCA Board of Directors' meeting minutes concerning the Plaintiffs. Please be advised that the Defendants have complied with all other aspects of the Court's May 16, 2006 Order, and have provided Plaintiffs' counsel with a privilege log concerning the relevant portions of the meeting minutes. The parties are hopeful that they can resolve the remaining issues with respect to the production of the meeting minutes within the next week. Therefore, I request a one-week extension, until June 13, 2006, to provide the Court with the necessary legal memorandum should the parties be unable to resolve such issue. Counsel for the Plaintiffs, Karen Sullivan, Esquire, does not oppose this request.

Thank you for your continued assistance in this matter. If the Court has any questions, counsel is available at the Court's convenience.

Very truly yours,

DANIEL P. BENNETT

DPB/bst/296649

The Honorable Sue L. Robinson
June 6, 2006
Page 2


Cc:   Karen Sullivan, Esquire
      Oberly, Jennings & Rhodunda, P.A.
      1220 N. Market Street, Suite 710
      P.O. Box 2054
      Wilmington, DE 19899