File No.: PI05-16092
Document No.: 287292

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-224 |
| ) | |
| JOHN CALDWELL, et al. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 6th day of June, 2006, two true and correct copies of the following documents were forwarded to counsel as follows via hand delivery:

1. Defendants' Supplemental Answers to First Set of Interrogatories;

2. Defendants' Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents; and

3. Defendants' Supplemental Responses to Plaintiffs' Second Set of Requests for Production.

Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
1220 N. Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899

HECKLER & FRABIZZIO

*/s/*

DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date: June 6, 2006