IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>Defendants. | C.A. No. 05-224 SLR<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF COMPLIANCE

STATE OF _____ )
                                                             )
COUNTY OF _____ )

    I, _____, having been duly sworn according to law, hereby depose and state as follows:

    My signature below indicates that I have read and understand the attached Stipulation and Protective Order Governing the Confidentiality of Plaintiffs' Medical and Psychological Records ("Stipulated Protective Order") in the above-captioned case, and I understand and accept its terms. I shall not disclose Plaintiff's medical or psychological records or any other document or answers to interrogatories or transcripts that contains or makes reference to Plaintiffs' medical or psychological records to any person other than those listed in paragraph 1 of the Stipulated Protective Order. I will take all reasonable efforts to safeguard the records and to prevent

disclosure to those not identified in paragraph 1. I will use the Plaintiff's medical or psychological records or any other document or answers to interrogatories or transcripts that contains or makes reference to Plaintiffs' medical or psychological records only for the purpose of this litigation. Within 40 days of the conclusion of the litigation, I shall provide an affidavit to Plaintiffs' counsel affirming that I have either returned to Plaintiffs' counsel any and all copies of Plaintiffs' medical or psychological records and/or any other document or answers to interrogatories or transcripts that contains or makes reference to Plaintiffs' medical or psychological records or that I have destroyed said records and documents. I submit to the jurisdiction of the Court with respect to any proceeding enforcing said Stipulated Protective Order against me.

_____

SWORN TO AND SUBSCRIBED before me this ____ day of _____, 2006.


_____
NOTARY PUBLIC of the State of _____

My commission expires: _____