### DELAWARE SPCA BOARD OF DIRECTOR MEETING MINUTES
### PRIVILEGE LOG

| DATE OF MEETING | PRESENTER | TOPICS OF COMMENT | PRIVELEGE |
|---|---|---|---|
| May 20, 2003 | John Caldwell | Comments regarding Pettingill matter under new business | Work product |
| June 17, 2003 | John Caldwell | Color photographs of Pettingill animals for use in fundraising efforts | Relevance |
| September 16, 2003 | John Caldwell | Presentation of Animal Planet video regarding Betty | Work product/ relevance |
| May 18, 2004 | John Caldwell | Update on Court of Common Pleas action | Work product |
| June 22, 2004 | John Caldwell/ Richard Gordon | Report of meeting with Donald Gouge, Esquire | Attorney/client, work product |
| July 20, 2004 | John Caldwell | Update on Court of Common Pleas hearing | Work product |
| November 16, 2004 | John Caldwell | Pettingills' request for release of animals | Work product |
| January 18, 2005 | John Caldwell | Update of Court of Common Pleas matter | Work product |
| February 15, 2005 | John Caldwell | Pettingill update with recommendation from Nancy Law, Esquire | Attorney/client, Work product |
| April 19, 2005 | John Caldwell | Contempt of court hearing and discussions with Donald Gouge, Esquire | Attorney/client, work product |
| May 17, 2005 | John Caldwell | Note of discussion of pending litigation | Work product |
| August 16, 2005 | John Caldwell | Update on contempt of court hearing and communications with Donald Gouge, Esquire | Attorney/client, work product |
| September 20, 2005 | John Caldwell | Update on contempt of court hearing | Work product |
| October 18, 2005 | John Caldwell | Discussion regarding Pettingills' actions | Work product |
| November 15, 2005 | John Caldwell | Update on contempt of court hearing | Work product |
| January 17, 2006 | John Caldwell | Note regarding discussion regarding contempt of court suit | Work product |
| February 21, 2006 | John Caldwell | Update on contempt of court hearing | Work product |

File No.: PI05-16092
Document No.: 296398