IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civ. No. 05-224-SLR |
| JOHN CALDWELL, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, and JOHN SAVILLE, | ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 20th day of June, 2006, having conferred with counsel and having reviewed subsequently filed papers;

IT IS ORDERED that, **on or before June 27, 2006,** defendant Delaware Society for the Prevention of Cruelty to Animals shall submit to the court, for *in camera* review, the minutes of its Board of Directors meetings from May 2003 through May 2005.

　　　　　　　　　　　　　　　　　／s／ Sue L. Robinson
　　　　　　　　　　　　　　　　　United States District Judge