## HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK*
ROBERT J. DEARY*

AREA CODE 302
573-4800

TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

June 22, 2006
Refer to: PI05-16092

**E-FILING and HAND DELIVER**

The Honorable Susan L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: Pettingill, et al. v. Delaware SPCA, et al.
C.A. No. 05-224

Your Honor:

I am in receipt of the Court's June 20, 2006 Order in the above-referenced matter. I am currently on vacation in the Outer Banks and will not be returning to the office until Monday, June 26, 2006. Therefore, I request a brief extension until June 30, 2006 to comply with the Court's Order. I have been in contact with Karen Sullivan, plaintiffs' attorney, and she has no objection to this request.

If the Court has any questions, counsel is available at the Court's convenience.

Very truly yours,

DANIEL P. BENNETT

DPB/jeb/299275
cc: Karen Sullivan, Esquire – e-filing and hand deliver