File No. PI05-16092
Document No. 299597

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-224 (SLR) ) |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation, | ) JURY TRIAL DEMANDED ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION TO EXTEND DEADLINE

IT IS HEREBY AGREED TO by the parties, through the undersigned counsel, that the following changes to the Judge Robinson's Order of June 20, 2006, ordering the SPCA Board of Director meeting minutes be produced to the Court on or before June 26, 2006 be extended to June 30, 2006.

HECKLER & FRABIZZIO                OBERLY, JENNINGS & RHODUNDA, P.A.

/s/ Daniel P. Bennett                /s/ Charles M. Oberly
DANIEL P. BENNETT, I.D. #2842        Charles M. Oberly, III, I.D. #743
The Corporate Plaza                  Karen V. Sullivan, I.D. #3872
800 Delaware Avenue, Suite 200       1220 N. Market Street, Suite 710
P.O. Box 128                         P.O. Box 2054
Wilmington, DE 19899-0128            Wilmington, DE 19899
Attorney for Defendants              Attorneys for Plaintiffs

Dated: June 23, 2006

SO ORDERED this _____ day of June, 2006

_____
J.