## HECKLER & FRABIZZIO

ATTORNEYS AT LAW
THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+
ROBERT J. DEARY*

AREA CODE 302
573-4800

TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

June 28, 2006
Refer to: PI05-16092

**ELECTRONIC FILING w/o enclosures**
**and HAND DELIVERY w/enc.**
The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: Pettingill, et al. v. Delaware SPCA, et al.
C.A. No. 05-224

Your Honor:

In compliance with the Court's Order dated June 20, 2006, enclosed please find the Delaware SPCA's Board of Director's meeting minutes that contain references to the Pettingills or the Pettingill animals. Also enclosed please find another copy of the Privilege Log for such documents. For the Court's convenience, I have highlighted the references at issue. Defendants maintain that the remainder of the meeting minutes are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Moreover, there is confidential information contained within such minutes, wholly unrelated to the litigation.

In response to Ms. Sullivan's letter of June 20, 2006, although Nancy Law is a Board member of the Delaware SPCA, she is also an attorney. Although not specifically retained by the Delaware SPCA, she is certainly capable of providing legal advice to the Delaware SPCA in her role as a Board member. Certainly, any such communications are protected by the attorney/client privilege since such advice was sought, and given, based upon Ms. Law's profession as an attorney. I believe that the remainder of the notes, and the objections thereto, are self-explanatory.

The Honorable Sue L. Robinson
June 28, 2006
Page 2

    If the Court has any questions concerning any issue regarding the *in camera* inspection of the meeting minutes, counsel is available at the Court's convenience.

Respectfully submitted,

DANIEL P. BENNETT

DPB/bst/300122
Enclosures
cc:   Karen Sullivan, Esquire (w/o enc.)
       Oberly, Jennings & Rhodunda, P.A.
       1220 N. Market Street, Suite 710
       P.O. Box 2054
       Wilmington, DE 19899