IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA PETTINGILL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-224 |
| | ) | |
| JOHN CALDWELL, et al. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 29th day of June, 2006, two true and correct copies of Notice Records Only Deposition of Dr. Jorge Pereira-Ogan and Dr. Jerry Oster for July 14, 2006 at 10:00 a.m. were forwarded to counsel as follows via regular mail.

Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
1220 N. Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899

            HECKLER & FRABIZZIO

            _____
            DANIEL P. BENNETT, I.D. #2842
            The Corporate Plaza
            800 Delaware Avenue, Suite 200
            P.O. Box 128
            Wilmington, DE 19899-0128
            Attorney for Defendants

Date: June 29, 2006