IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation<br><br>　　　　　　　Defendants. | C.A. No. 05-224-SLR<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION OF JOHN SAVILLE

TO:　Daniel P. Bennett, Esquire
　　　Heckler & Frabizzio, P.A.
　　　800 Delaware Avenue, Suite 200
　　　Wilmington, DE  19801

**PLEASE TAKE NOTICE** that undersigned counsel will take the oral deposition of John Saville on July 25, 2006 at 9:30 a.m. at the offices of Oberly, Jennings, & Rhodunda, P.A., 1220 Market Street, Suite 710, Wilmington, DE  19801.  The deposition shall be recorded by stenographic means.

　　　　　　　　　　　　　　　　　　　　**OBERLY, JENNINGS & RHODUNDA, P.A.**

　　　　　　　　　　　　　　　　　　　　　/s/ Karen V. Sullivan
　　　　　　　　　　　　　　　　　　　　Charles M. Oberly, III (No.743)
　　　　　　　　　　　　　　　　　　　　Karen V. Sullivan (No. 3872)
　　　　　　　　　　　　　　　　　　　　1220 Market Street, Suite 710
　　　　　　　　　　　　　　　　　　　　P.O. Box 2054
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　(302) 576-2000
Dated: July 5, 2006　　　　　　　　　　　Counsel for Plaintiffs

cc: Corbett & Wilcox