IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, <br><br>        Plaintiffs, <br><br>        v. <br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation <br><br>        Defendants. | C.A. No. 05-224-SLR <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION OF JOHN CALDWELL

TO:    Daniel P. Bennett, Esquire
          Heckler & Frabizzio, P.A.
          800 Delaware Avenue, Suite 200
          Wilmington, DE 19801

       **PLEASE TAKE NOTICE** that undersigned counsel will take the oral deposition of John Caldwell on August 3, 2006 at 9:00 a.m. at the offices of Oberly, Jennings, & Rhodunda, P.A., 1220 Market Street, Suite 710, Wilmington, DE 19801. The deposition shall be recorded by stenographic means.

                                                          **OBERLY, JENNINGS & RHODUNDA, P.A.**

                                                          /s/ Karen V. Sullivan
                                                         Charles M. Oberly, III (No.743)
                                                         Karen V. Sullivan (No. 3872)
                                                         1220 Market Street, Suite 710
                                                         P.O. Box 2054
                                                         Wilmington, DE 19899
                                                         (302) 576-2000
Dated: July 5, 2006                          Counsel for Plaintiff

cc: Corbett & Associates