IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C.P. and T.P., minors, and SOCIETY FOR PET ADOPTION, RESCUE AND EDUCATION, INC., a Delaware non-profit corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-224<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RE-NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that the undersigned attorney will take the depositions of the following individuals on the below specified dates and times in the offices of Daniel P. Bennett, Esquire, Heckler & Frabizzio, 800 Delaware Avenue, Suite 200, Wilmington, DE 19801.

| | | |
|---|---|---|
| **Gene Pettingill** | **August 22, 2006** | **9:30 A.M.** |
| **Julie Pettingill** | following Gene Pettingill and continuing to begin at 9:30 A.M. August 23, 2006 if not completed on August 22, 2006 | |
| **Samantha Pettingill** | following Julie Pettingill and continuing to begin at 9:30 A.M. August 24, 2006 if not completed on August 23, 2006 | |

HECKLER & FRABIZZIO

    /s/ Daniel P. Bennett
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date: July 18, 2006
CC:   Corbett & Wilcox

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-224 |
| ) | |
| JOHN CALDWELL, et al. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 18th day of June, 2006, two true and correct copies of the ReNotice of Depositions of Gene Pettingill, Julie Pettingill, and Samantha Pettingill were forwarded to counsel as follows via regular mail.

Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
1220 N. Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date: July 18, 2006