# HECKLER & FRABIZZIO

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. SYWY
STEPHEN J. MILEWSKI
CASEY W. LESIAK⁺
ROBERT J. DEARY*

ATTORNEYS AT LAW
THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

AREA CODE 302
573-4800

TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
⁺PENNSYLVANIA BAR ONLY

August 23, 2006
Refer to: PI05-16092

**ELECTRONIC FILING amd HAND DELIVER**
The Honorable Joseph J. Farnan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: Pettingill, et al. v. Delaware SPCA, et al.
C.A. No. 05-224

Your Honor:

I am in receipt of the Court's Memorandum Order dated August 21, 2006 in the above-referenced matter. Please be advised that John Caldwell, the Director of the Delaware SPCA, is currently on vacation, and I will be in Arkansas for depositions the rest of the week. Therefore, I am not currently in the position to discuss the Order with my client, and act in compliance with the Court's Order. Based upon the above, the Defendants request that the deadline for taking action with respect to the Order, including the production of the documents, or a Motion for Clarification or for Re-Argument, be extended until September 1, 2006. I have discussed this matter with Karen Sullivan, Esquire, attorney for the Plaintiffs, and she has no objection to such extension. If a formal Stipulation is necessary, the parties will so provide one to the Court. If the Court has any questions or concerns, counsel is available at the Court's convenience.

Respectfully submitted,

DANIEL P. BENNETT

DPB/bst/307743
cc: Karen Sullivan, Esquire
    Oberly, Jennings & Rhodunda, P.A.
    1220 N. Market Street, Suite 710
    P.O. Box 2054