IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SAMANTHA PETTINGILL, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-224-JJF |
| | : | |
| JOHN CALDWELL, DELAWARE | : | |
| SOCIETY FOR THE PREVENTION OF | : | |
| CRUELTY TO ANIMALS, and | : | |
| JOHN SAVILLE, | : | |
| | : | |
| Defendants. | : | |

## O R D E R

WHEREAS, the parties have requested an extension of time to comply with the Court's August 21, 2006 Memorandum Order (D.I. 76);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant, the Delaware SPCA, shall produce to Plaintiffs the Delaware Society for the Prevention of Cruelty to Animals, the minutes of its Board of Directors meetings from May 2003 through May 2005, no later than **Friday, September 1, 2006.**

_August 24, 2006_
Date

Joseph J Fairan Jr.
UNITED STATES DISTRICT JUDGE