File No.: PI05-16092
Document No.: 307479

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-224 (JJF) |
| ) | |
| JOHN CALDWELL, et al. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

RECEIVED
AUG 25 2006
H&F

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through undersigned counsel, that Defendants shall produce its expert reports or responses pursuant to Rule 26, as follows:

1. Dr. Neil Kaye          August 31, 2006

2. Dr. Samuel Romirowsky  September 18, 2006

3. Dr. Randall Lockwood   September 18, 2006

This Stipulation and Order does not affect any other deadline in this case.

OBERLY JENNINGS & RHODUNDA

_____
KAREN V. SULLIVAN, I.D. #3872
1220 N. Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
Attorney for Plaintiffs

HECKLER & FRABIZZIO

_____
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

SO ORDERED this _____ day of _____, 2006.

_____
J.