File No.: PI05-16092<br>
Document No.: 307482

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-224 (JJF) |
| ) | |
| JOHN CALDWELL, et al. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

### NOTICE OF RULE 30(B)(6) DEPOSITION OF SPARE, INC.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendants hereby request that Plaintiff SPARE, Inc. identify, and produce for deposition, the person most knowledgeable with respect to the following:

1. Any and all information with respect to the organization of SPARE, and its predecessor entities;

2. The number and type of adoptions by SPARE and its predecessor entities;

3. The number and type of rescues by SPARE and its predecessor entities;

4. The names and addresses of the Board members of SPARE;

5. The names and addresses of all volunteers of SPARE;

6. All allegations in the Amended Complaint regarding SPARE;

7. The contents of the document titled Savannah All Breed Rescue Binder provided to the SPCA on January 28, 2002; and

8. All documents in all discovery binders and CDs produced by Plaintiffs in this matter pertaining to SPARE, and SPARE's animals.

SPARE, Inc. is to produce such individuals for deposition on September 6, 2006 at 9:30 a.m. at the law offices of Heckler & Frabizzio, 800 Delaware Avenue, Suite 200, Wilmington, Delaware.

                                      HECKLER & FRABIZZIO

                                      _/s/ Daniel P. Bennett_
                                      DANIEL P. BENNETT, I.D. #2842
                                      The Corporate Plaza
                                      800 Delaware Avenue, Suite 200
                                      P.O. Box 128
                                      Wilmington, DE 19899-0128
Date: September 6, 2006             Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-224 (JJF) |
| | ) |
| JOHN CALDWELL, et al. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 6th day of September, 2006, two true and correct copies of the following document was forwarded to counsel as follows via first class mail

Notice of Rule 30(B)(6) Deposition of SPARE, Inc.           September 6, 2006

Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
1220 N. Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899

HECKLER & FRABIZZIO

_____
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date: September 6, 2006