**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SAMANTHA PETTINGILL, JULIE ) 
PETTINGILL, GENE PETTINGILL, ) 
JULIE PETTINGILL, as guardian *ad* ) 
*litem* for C.P. and T.P., minors, and ) 
SOCIETY FOR PET ADOPTION, ) 
RESCUE AND EDUCATION, INC., ) 
a Delaware non-profit corporation, ) 
         ) 
        Plaintiffs, ) 
         ) 
v. )   C.A. No. 05-224
         ) 
JOHN CALDWELL, in his official    and )   JURY TRIAL DEMANDED
individual capacities, JOHN SAVILLE, ) 
in his official and individual capacities, ) 
DELAWARE SOCIETY FOR THE ) 
PREVENTION OF CRUELTY TO ) 
ANIMALS, a Delaware corporation, ) 
         ) 
        Defendants. ) 

## NOTICE OF RECORDS ONLY DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the records only deposition of the University of Delaware – College of Agriculture on September 21m, 2006 beginning at 10:00 a.m. in the offices of Heckler & Frabizzio, located at The Corporate Plaza, 800 Delaware Avenue, Suite 200, Wilmington, DE 19801.

**\*Personal appearance waived if records are produced on or before the above date\***

**HECKLER & FRABIZZIO**

    /s/ Daniel P. Bennett
DANIEL P. BENNETT  (I.D. 2842)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
(302) 573-4800
Attorney for Defendants

Date:  September 7, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA PETTINGILL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-224 |
| | ) | |
| JOHN CALDWELL, et al. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

<u>PLEASE TAKE NOTICE</u> that on the 7th day of September, 2006, two true and correct copies of Notice Records Only Deposition of the University of Delaware – College of Agriculture for September 21, 2006 at 10:00 a.m. were forwarded to counsel as follows via regular mail.

Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
1220 N. Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899

HECKLER & FRABIZZIO

_____/s/ Daniel P. Bennett_____
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

Date:  September 7, 2006