IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-224 (JJF) |
| | ) |
| JOHN CALDWELL, et al. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 18th day of September, 2006, a true and correct copy of Rule 26 Expert Disclosures was forwarded to counsel as follows via facsimile:

Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
1220 N. Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899

                               HECKLER & FRABIZZIO

                               /s/ Daniel P. Bennett
                               DANIEL P. BENNETT, I.D. #2842
                               The Corporate Plaza
                               800 Delaware Avenue, Suite 200
                               P.O. Box 128
                               Wilmington, DE 19899-0128

Date: September 18, 2006             Attorney for Defendants