IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | C.A. No. 05-224 JJF |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

## STIPULATION MODIFYING SCHEDULING ORDER

**WHEREAS**, by Order dated April 6, 2006, the Court set October 31, 2006 as the discovery deadline and November 17, 2006 as the dispositive motion deadline;

**WHEREAS**, the parties participated in a mediation before The Honorable Vincent A. Bifferato, Sr. and are engaged in continuing settlement negotiations;

**WHEREAS**, the parties believe that settlement is much less likely if discovery is not extended to allow the parties an opportunity to continue negotiations without contemporaneously completing discovery;

**WHEREAS**, the parties have agreed to extend the discovery deadline and summary judgment deadline to allow the parties an opportunity to continue settlement negotiations;

**IT IS HEREBY STIPULATED** by and between the undersigned counsel on behalf of the respective parties, subject to approval of the Court, that the discovery deadline is extended

2

until December 20, 2006 and the deadline to file any dispositive motion is extended until January 26, 2007.

| OBERLY, JENNINGS & RHODUNDA, P.A. | HECKLER & FRABIZZIO, P.A. |
|---|---|
| /s/ Karen V. Sullivan | /s/ Daniel P. Bennett |
| Charles M. Oberly, III (No.743)<br>Karen V. Sullivan (No. 3872)<br>800 Delaware Avenue, Suite 901<br>P.O. Box 2054<br>Wilmington, DE 19899<br>(302) 576-2000 – Telephone<br>(302) 576-2004 – Facsimile<br><br>Attorneys for Plaintiffs | Daniel P. Bennett (No. 2842)<br>800 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 573-4800 – Telephone<br>(302) 573-4806 – Facsimile<br><br>Attorneys for Defendants |

It is **SO ORDERED** this ____ day of October, 2006.

_____
**United States District Judge**