**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL, JULIE PETTINGILL, as guardian *ad litem* for C. P. and T. P., minors, and SOCIETY FOR PET ADOPTION, RESCUE, AND EDUCATION, INC., a Delaware nonprofit corporation, | C.A. No. 05-224 JJF |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JOHN CALDWELL, in his official and individual capacities, JOHN SAVILLE, in his official and individual capacities, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a Delaware corporation | |
| Defendants. | |

**ORDER**

And now this _____ day of _____, 200_, upon consideration of the Motion of Oberly, Jennings & Rhodunda, P.A. to Withdraw as Counsel for Plaintiffs (the "Motion"), and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED.**

_____
**United States District Judge**