## CERTIFICATE OF SERVICE

I, Charles M. Oberly, III, Esquire hereby certify that on this 18th day of December, 2006 a copy of the foregoing Motion of Oberly, Jennings & Rhodunda, P.A. to Withdraw as Counsel for Plaintiffs was served via electronic notice from CM/ECF upon Daniel P. Bennett, Esquire and via certified mail upon the following:

Gene Pettingill
Julie Pettingill
Samantha Pettingill
Society for Pet Adoption, Rescue, and Education, Inc.
107 Savannah Drive West
Bear, DE 19701

                                                /s/ Charles M. Oberly, III
                                                CHARLES M. OBERLY, III (No. 743)