IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.   : | Civil Action No. 05-224-JJF |
| : | |
| JOHN CALDWELL, DELAWARE  : | |
| SOCIETY FOR THE PREVENTION OF : | |
| CRUELTY TO ANIMALS, and  : | |
| JOHN SAVILLE, : | |
| : | |
| Defendants. : | |

### O R D E R

WHEREAS, the Court granted the Motion to Withdraw filed by attorneys, Charles M. Oberly, III and Karen Sullivan (D.I. 87);

WHEREAS, the case has been stayed for forty-five (45) days to allow Plaintiffs an opportunity to obtain new counsel or determine to proceed pro se (D.I. 88);

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on **February 2, 2007 at 9:30 a.m.**, in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

December 29, 2006
Date

UNITED STATES DISTRICT JUDGE