Case 1:05-cv-00224-GMS    Document 90    Filed 03/27/2007    Page 1 of 1

# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. SYWY
CASEY W. LESIAK+
ROBERT J. DEARY*
DENNIS A. MASON II

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

AREA CODE 302
573-4800

TELECOPIER
573-4806

March 27, 2007
Refer to: PI05-16092

**ELECTRONIC FILING and HAND DELIVER**
The Honorable Joseph J. Farnan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE:   Pettingill, et al. v. Delaware SPCA, et al.
      C.A. No. 05-224

Your Honor:

The Court held a status conference in the above-referenced matter on Friday, February 2, 2007. At that time, the Plaintiffs were provided an additional 45 days to make the determination as to whether they would proceed pro se, or retain new counsel. Likewise, the Plaintiffs were to advise the Court as to whether counsel had been retained for the minor Plaintiffs, or whether such actions would be dismissed, within the same 45 days. Please let me know whether the Court has heard of the Plaintiffs' intentions, or what further action is required at this time.

Thank you for your continued assistance in this matter. If the Court has any questions, counsel is available at the Court's convenience.

Respectfully submitted,

DANIEL P. BENNETT

DPB/bst/339569
cc:   Ms. Julie Pettingill
      Ms. Samantha Pettingill
      Mr. Gene Pettingill