IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al., | : |
|     Plaintiffs, | : |
| v. | :   Civil Action No. 05-224-JJF |
| JOHN CALDWELL, DELAWARE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, and JOHN SAVILLE, | : |
|     Defendants. | : |

### O R D E R

WHEREAS, per the February 2, 2007 Status Conference, the above-captioned case was been stayed for forty-five (45) days to allow Plaintiffs an opportunity to obtain new counsel or determine to proceed _pro se_;

WHEREAS, Plaintiffs were instructed to notify defense counsel, by letter, with regards to how Plaintiffs intend to proceed;

WHEREAS, by letter, the Court has been advised that Plaintiffs have not notified defense counsel of their intentions on how they wish to proceed (D.I. 90);

NOW THEREFORE, IT IS HEREBY ORDERED that a second Status Conference will be held on **Friday, April 20, 2007 at 10:30 a.m.,** in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

April 3, 2007
DATE

_/s/ Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE