```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

SAMANTHA PETTINGILL, et al.,  :
                              :
                              :
     Plaintiffs,              :
                              :
  v.                          :   Civil Action No. 05-224-JJF
                              :
JOHN CALDWELL, DELAWARE SOCIETY :
FOR THE PREVENTION OF CRUELTY :
TO ANIMALS and JOHN SAVILLE,  :
                              :
     Defendants.              :

## ORDER

WHEREAS, the Court held a status conference on April 20, 2007 to determine the status of Plaintiffs' search for counsel;

WHEREAS, Plaintiffs represented to the Court that John Malik, Esq. had agreed to represent them in the exclusive capacity of a trial lawyer;

WHEREAS, Plaintiffs conducted a good faith search for another attorney to assist with civil discovery and pleading aspects of their case, but have not yet located one;

NOW THEREFORE IT IS HEREBY ORDERED that:

1) Plaintiffs are given until June 15, 2007, to try to obtain additional counsel. If Plaintiffs cannot do so by then, they will have to proceed *pro se*.

2) Plaintiffs must request John Malik, Esquire, to enter an appearance, with the understanding that his appearance is limited to acting as a trial attorney.

3)  Upon entering his appearance, Mr. Malik is to confer with Daniel Bennett, Esq. to negotiate a scheduling order that leads to trial. This is to be completed and submitted by June 15, 2007.

_4/20/07_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE