**MSZ&M**
ATTORNEYS AT LAW

**Mintzer Sarowitz Zeris Ledva & Meyers LLP**

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
www.defensecounsel.com

E-mail: dbennett@defensecounsel.com

File No. 004363.000002

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

June 15, 2007

**ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

RE: **SAMANTHA PETTINGILL, ET AL. v. JOHN CALDWELL, ET AL.**
C.A. No.: **05-224 (GMS)**

Your Honor:

By Order dated April 20, 2007, the Plaintiffs were ordered to request Mr. Malik to enter his appearance as trial attorney in the above-referenced matter. Additionally, following such appearance, I was to consult with Mr. Malik regarding the proposed Scheduling Order for any additional pre-trial activities and trial for the case, and submit a proposed Order by June 15. To date, Mr. Malik has not entered his appearance on behalf of the Plaintiffs. Mr. Malik and I have exchanged e-mails regarding the need to reach an agreement with respect to the Scheduling Order. Mr. Malik has indicated that he has not reached an agreement with respect to his representation of the Pettingills but will be meeting with them next week to discuss the same. I will be on vacation next week and Mr. Malik will be on vacation the following two weeks. I am, therefore, requesting an extension on behalf of all parties until July 15, 2007 to advise the Court as to the proposed Scheduling Order and Mr. Malik's representation of the Plaintiffs.

If the Court has any questions, counsel is available at the Court's convenience.

Respectfully yours,

DANIEL P. BENNETT

DPB/bst/273168
Cc: John S. Malik, Esquire
100 East 14th Street
Wilmington, DE 19801

The Honorable Gregory M. Sleet
June 15, 2007
Page 2

       Ms. Julie Pettingill
       Mr. Gene Pettingill
       Ms. Samantha Pettingill