IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, et al. | : |
| Plaintiffs | : |
| v. | : Civil Action No. 05-224 GMS |
| JOHN CALDWELL, et al. | : |
| Defendants | : |

### ORDER

WHEREAS, on April 25, 2007, this case was reassigned from Judge Joseph J. Farnan, Jr. to Judge Gregory M. Sleet;

WHEREAS, on July 11, 2007, an oral order was issued granting the parties an extension of time until July 15, 2007, within which to file a proposed scheduling order with the court;

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties.

IT IS HEREBY ORDERED that:

1. The parties submit a proposed scheduling order by October 18, 2007; and

2. Failure to do so may result in dismissal of this case for failure to prosecute pursuant to District of Delaware Local Rule 41.1.

CHIEF, UNITED STATES DISTRICT JUDGE

October 5, 2007

