

**Mintzer Sarowitz
Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
www.defensecounsel.com

E-mail: dbennett@defensecounsel.com

File No. 004363.000002

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

October 12, 2007

**ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE:  SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL AND
     C.P. AND T.P., MINORS v. JOHN CALDWELL, JOHN SAVILLE AND
     DELAWARE SPCA
     C.A. No. 05-224 (JJF)

Your Honor:

   I am in receipt of the Court's Order dated October 5, 2007. Earlier last week, I wrote to John Malik, Esquire requesting his assistance in formulating a Pre-Trial Scheduling Order based upon my previous requests throughout the summer. I requested that Mr. Malik respond by October 12, 2007. I will notify the Court of any contact with Mr. Malik, or with the Pettingills, prior to October 18, 2007. If I have not heard any response from Mr. Malik or the Pettingills by that time, I would request dismissal of the matter pursuant to Local Rule 41.1 as set forth in the Court's October 5, 2007 Order.

   If the Court has any questions, counsel is available at the Court's convenience.

                                    Very truly yours,

                                    DANIEL P. BENNETT

DPB/bst
cc:   John S. Malik, Esquire
      100 East 14th Street
      Wilmington, DE 19801