

**Mintzer Sarowitz
Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
www.defensecounsel.com

E-mail: dbennett@defensecounsel.com

File No. 004363.000002

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

October 19, 2007

**ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE: **SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL AND C.P. AND T.P., MINORS v. JOHN CALDWELL, JOHN SAVILLE AND DELAWARE SPCA
C.A. No. 05-224 (JJF)**

Your Honor:

Please be advised that I have been contacted by John Malik who shall be representing the Plaintiffs in the above-referenced matter. We are currently circulating a proposed Revised Case Scheduling Order which should be filed with the Court shortly. Please advise the parties as to the Court's available trial dates in the fall of 2008. If the Court has any questions, counsel is available at the Court's convenience.

Very truly yours,

DANIEL P. BENNETT

DPB/bst
cc: John S. Malik, Esquire
 100 East 14th Street
 Wilmington, DE 19801