

ATTORNEYS AT LAW

# Mintzer Sarowitz
# Zeris Ledva & Meyers LLP

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
**www.defensecounsel.com**

E-mail: dbennett@defensecounsel.com

File No. 004363.000002 (16092)

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

November 16, 2007

**ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE  19801

RE:  **SAMANTHA PETTINGILL, JULIE PETTINGILL, GENE PETTINGILL AND
     C.P. AND T.P., MINORS v. JOHN CALDWELL, JOHN SAVILLE AND
     DELAWARE SPCA
     C.A. No. 05-224 (JJF)**

Your Honor:

      Enclosed please find a Revised Case Scheduling Order stipulated
to by the parties in the above-referenced matter.   If the Court has any
questions, counsel is available at the Court's convenience.

                    Very truly yours,

                    DANIEL P. BENNETT

DPB/bst
Enclosure
cc:    John S. Malik, Esquire (w/enc.)
       100 East 14th Street
       Wilmington, DE 19801

File No.: 16092

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA PETTINGILL, ET AL.,<br>Plaintiffs, | : C.A. NO. 05-224 (JJF)<br>:<br>: |
| vs. | :<br>:<br>: |
| JOHN CALDWELL, ET AL.,<br>Defendants. | :<br>: TRIAL BY JURY OF 12 DEMANDED<br>: |

### REVISED CASE SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, the following pre-trial deadlines shall be established in the above-captioned matter, as follows:

| | |
|---|---|
| Discovery Deadline | March 28, 2008 |
| Filing of Dispositive Motions | May 30, 2008 |
| Pre-Trial Conference | To be determined by the Court |
| Trial | To be determined by the Court |

The parties anticipate that trial will last for ten (10) days.

JOHN S. MALIK, ATTORNEY AT LAW

John S. Malik, I.D. #2320
100 East 14th Street
Wilmington, DE 19801
Attorney for Plaintiffs

Date: _10-25-07_

MINTZER, SAROWITZ, ZERIS, LEDVA &
MEYERS

DANIEL P. BENNETT, I.D. 2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant Delaware Society for the
Prevention of Cruelty to Animals
MSZL&M File No. 004363.000002

Date:  October 19, 2007

SO ORDERED this ____ day of _____, 2007.

_____
J.

332264